UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KENNETH JEROME PACKNETT, ) | No. CV 08-01704-MMM (VBK) |
| Petitioner, ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. ) | |
| ROBERT AYERS, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, Petitioner's Objections, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation, (2) Respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: Oct. 31, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE