# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH JEROME PACKNETT, | ) | No. CV 08-01704-MMM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT AYERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: Oct. 31, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE